UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-09733-CBM (AS) | Date | February 28, 2025 |
|---|---|---|---|
| Title | *Stephanie Joana Rodriguez v. Eliseo Ricolcol, Warden* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE**

On January 13, 2025, the Court issued an Order directing Petitioner to file an opposition or statement of non-opposition to the Motion to Dismiss filed by Respondent E. Ricolcol, Warden of the Satellite Prison Camp in Victorville, California. (Dkt. No. 12). Petitioner's response to the motion was due no later than February 13, 2025. Id.  To date, Petitioner has failed to file a response to the Court's Order, request an extension of time to do so, or otherwise communicate with the Court.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE,** within **thirty (30) days** of the date of this Order (by no later than March 28, 2025), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b)

Petitioner may discharge this Order by filing an Opposition or Statement of non-opposition to the Motion to Dismiss, or by filing a declaration under penalty of perjury stating why she is unable to do so.

**If Petitioner no longer wishes to pursue this action, she may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).  A Notice of Dismissal form is attached for Petitioner's convenience.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-09733-CBM (AS) | Date | February 28, 2025 |
|---|---|---|---|
| Title | *Stephanie Joana Rodriguez v. Eliseo Ricolcol, Warden* | | |

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to comply with Court orders.** See **Fed.R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

0 : 00

Initials of Preparer