# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STEPHANIE JOANA RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>　　　　　Respondent. | Case No. CV 24-09733-CBM (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed.[1] Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

---

[1] On July 8, 2025, Respondent filed a notice of non-objection to the Report and Recommendation. (Dkt. No. 17).

**IT IS ORDERED** that Judgment be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: August 1, 2025

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE