JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| STEPHANIE JOANA RODRIGUEZ, | Case No. CV 24-09733-CBM (AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN ELISEO RICOLCOL, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: August 1, 2025

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE